# United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA, )
)
v. ) CR 416-111
)
ANTWAN LESHAWN COLEY, )
)
    Defendant. )

## ORDER

    Before the Court is Defendant Antwan Coley's motion for early termination of supervised release. Dkt. No. 29. On March 16, 2016, Defendant entered into a plea agreement in which he agreed to plead guilty to Count One of the Information, i.e. conspiracy to possess with intent to distribute quantities of cocaine, marijuana, and MDMA. Dkt. Nos. 1, 11. On August 4, 2016, the Court sentenced Defendant to forty-four months' imprisonment followed by three years' supervised release. Dkt. No. 19.

    Defendant began his term of supervised release on or around July 20, 2018. On September 19, 2018, the Court modified the conditions of Defendant's supervision to require his participation in a treatment program for mental health as well as for drug and alcohol abuse. Dkt. No. 22. To date, Defendant has completed approximately thirty-one months of his thirty-six-

month term of supervised release. Defendant now requests early termination of his supervised release period. Dkt. No. 29.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court must carefully weigh a favorable adjustment to Defendant's supervision against his offense of conviction. After consideration, the Court **DENIES** Defendant's motion. Dkt. No. 29.

**SO ORDERED** this 17 day of February, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2